# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 17-0619V
### Filed: October 22, 2018
UNPUBLISHED

CRYSTAL MARTIN,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Shoulder
Injury Related to Vaccine
Administration (SIRVA); Left
Shoulder Injuries

*Shealene Priscilla Wasserman, Muller Brazil, LLP, Dresher, PA, for petitioner.*
*Glenn Alexander MacLeod, U.S. Department of Justice, Washington, DC, for*
*respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On May 9, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act").  Petitioner alleges that she suffered left shoulder injuries as a result of an influenza vaccine received on October 8, 2015.  Petition at 1.  The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 26, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for her shoulder injuries.  On October 22, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $97,957.05 (including $97,500.00 for actual and projected pain and suffering

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.**  In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

and $457.05 for past lost wages).  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.  *Id.*

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $97,957.05** (including $97,500.00 for actual and projected pain and suffering and $457.05 for past lost wages) **in the form of a check payable to petitioner, <u>Crystal Martin</u>.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
OFFICE OF SPECIAL MASTERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                        \*

**CRYSTAL MARTIN,**                    \*
                                                        \*

       Petitioner,             \*

                                                        \*

*v.*                                     \*      **No. 17-619V (ECF)**
                                                         \*      Chief Special Master
                                                         \*      NORA BETH DORSEY

**SECRETARY OF HEALTH**         \*
**AND HUMAN SERVICES,**         \*
                                                        \*

       Respondent            \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

**I.**     **Items of Compensation**

       Based upon the evidence of record, respondent proffers that petitioner should be awarded

$97,957.05, which represents all elements of compensation to which petitioner would be entitled

under 42 U.S.C. § 300aa-15(a), including $97,500.00 for actual and projected pain and suffering

and $457.05 in past lost wages.[1]  Petitioner agrees.

**II.**     **Form of the Award**

       The parties recommend that the compensation provided to petitioner should be made

through a lump sum payment of $97,957.05 in the form of a check payable to petitioner.

Petitioner agrees.

                            Respectfully submitted,

                            JOSEPH H. HUNT
                            Assistant Attorney General

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses and future pain and suffering.

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

*/s/ GLENN A. MACLEOD*
GLENN A. MACLEOD
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Benjamin Franklin Station
Washington, D.C.  20044-0146
Tel.: (202) 616-4122

DATE: October 22, 2018